**Petition for Writ of Mandamus Denied and Memorandum Opinion filed June 20, 2023.**



**In The**

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

---

**NO. 14-23-00327-CV**

---

**IN RE FELICIA N. JONES, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2023-04309**

---

## MEMORANDUM OPINION

On May 12, 2023, Felicia N. Jones, a vexatious litigant, filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator challenges the May 5, 2023 order signed by

the Honorable Latosha Lewis Payne, local administrative judge for Harris County, denying relator leave to maintain the underlying lawsuit. However, Judge Payne gave relator permission to seek mandamus review of that ruling.

Relator has not shown that she is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Poissant.